

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

May 12, 2026

<u>**VIA ECF**</u>

Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re: *Leon Rivas Velazquez v. Maldonado, et al.*
>      No. 26-cv-2796 (Choudhury, J.)

Dear Judge Choudhury:

This Office represents Respondents in the above-referenced action, in which Petitioner Leon Rivas Velazquez ("Petitioner") filed a Petition for a writ of habeas corpus on May 11, 2026, challenging his detention by Immigration and Customs Enforcement ("ICE). *See* Dkt. # 1. On that same day, the Court entered a Stay of Removal and Order to Show Cause entered on May 11, 2026 (Dkt. # 4) (the "Order"), requiring Respondents to provide certain information identified by the Court by today, May 12, 2026, at 2:30 p.m.

Respondents respectfully submit this letter to notify the Court of a change in Petitioner's status, namely that he is being been released from detention this afternoon. The undersigned has notified Petitioner's counsel, Ian Eppler, Esq., of Petitioner's impending release.

Respondents respectfully submit that Petitioner's release will moot the Petition. Petitioner, through his counsel, agrees that his release, together with all belongings that were in his possession at the time of his arrest, and without electronic monitoring or any other conditions, would moot the Petition. Petitioner's counsel also has informed the undersigned that Petitioner does not intend to seek fees or costs.

Based upon the foregoing, Respondents respectfully request that the Court grant them until 12 noon tomorrow, May 13, 2026, to file a letter on the docket certifying that Petitioner has been released, together with his belongings and without any conditions of supervision.

In the event that the Court requires a response to the questions posed in the Order, Respondents respectfully request that the Court grant them a one-day extension of time, until May 13, 2026, at 2:30 p.m., to file such response.

Respondents thank the Court for its consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ *Mary M. Dickman*
Mary M. Dickman
Assistant United States Attorneys
(631) 715-7863
mary.dickman@usdoj.gov

Cc:    **Via ECF**
Ian Eppler, Esq.
Counsel for Petitioner