

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

May 13, 2026

**VIA ECF**

Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re: *Leon Rivas Velazquez v. Maldonado, et al.*
> No. 26-cv-2796 (Choudhury, J.)

Dear Judge Choudhury:

This Office represents Respondents in the above-referenced action, in which Petitioner Leon Rivas Velazquez ("Petitioner") filed a Petition for a writ of habeas corpus on May 11, 2026, challenging his detention by Immigration and Customs Enforcement ("ICE). *See* Dkt. # 1. Respondents write to respectfully advise the Court that Petitioner was released from ICE custody at the Metropolitan Detention Center ("MDC) in Brooklyn yesterday, May 12, 2026, at approximately 6:15 p.m.

Petitioner's counsel, Ian Eppler, Esq., has confirmed that Petitioner was released from MDC to a family member. He also confirmed that Petitioner was released without electronic monitoring or any other conditions of supervision.

Attorney Eppler stated that Petitioner's family had previously retrieved all of the personal property that had been in Petitioner's possession at the time he was taken into custody by ICE, on February 26, 2026, from the Nassau County Correctional Center ("NCCC") -- with the possible exception of an unknown amount of U.S. currency that may be held at the ICE office at 26 Federal Plaza in Manhattan. The parties are working to confirm whether this information is correct and have agreed that, if ICE is, in fact, holding monies to which Petitioner is entitled, Petitioner will appear at the ICE office at 26 Federal Plaza in the coming days to claim these monies in person.

Respondents thank the Court for its consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ *Mary M. Dickman*
Mary M. Dickman
Assistant United States Attorneys
(631) 715-7863
mary.dickman@usdoj.gov

Cc: **Via ECF**
Ian Eppler, Esq.
Counsel for Petitioner